Certificate Number: 05781-OKN-DE-041275413

Bankruptcy Case Number: 26-11139



05781-OKN-DE-041275413

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 1, 2026</u>, at <u>2:04</u> o'clock <u>PM PDT</u>, <u>Leslie Goins Jr.</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Northern District of Oklahoma</u>.

Date:   <u>August 1, 2026</u>         By:     <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:   <u>President</u>